UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KAHAKU,<br><br>    Plaintiff,<br><br>    v.<br><br>K. WALLACE, et al.,<br><br>    Defendants. | No.  2:20-cv-1807 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se.  On September 8, 2020, plaintiff submitted a civil rights complaint pursuant to 42 U.S.C. § 1983.  However, plaintiff did not sign the pleading.[1]  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the court is unable to consider plaintiff's complaint unless he signs and re-files the complaint.  Accordingly, plaintiff is provided an opportunity to re-file his complaint bearing his signature.  Failure to submit a signed complaint will result in the dismissal of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> complaint;

---

[1] Plaintiff's typewritten verification was marked, /s/ DANIEL KAHAKU.  Plaintiff is advised that typewriting /s/ is insufficient to constitute a signature for a pro se litigant.  Plaintiff must personally sign every document submitted to the court for filing.  Fed. R. Civ. P. 11(a).

1

1 and

2     2. The Clerk of the Court is directed to send plaintiff a copy of his complaint (ECF No. 1

3 at 1-17) without the court's banner.

4 Dated: September 14, 2020

```
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
```

/kaha1807.r11