IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL KAHAKU,**<br><br>Plaintiff,<br><br>v.<br><br>**K. WALLACE, et al.,**<br><br>Defendants. | 2:20-cv-01807 KJN P<br><br>**[PROPOSED] ORDER TO VACATE REFERRAL TO POST-SCREENING ADR; ORDER TO FILE DEFENDANTS' RESPONSIVE PLEADING IN SIXTY (60) DAYS**<br><br>Judge:         Hon. Kendall J. Newman<br>Action Filed: September 8, 2020 |

Plaintiff is a state prisoner, proceeding without counsel. Defendants filed a request to opt out of the post-screening ADR project. Upon review of defendants' request, the undersigned finds good cause to grant defendants' request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the settlement conference (ECF No. 18) is granted;

2. The stay of this action is lifted; and

3. Defendants' responsive pleading shall be filed within sixty days from the date of this order.

Dated: January 5, 2021

/kaha1807.optout

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE