ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
JOHN W. FAULCONER, State Bar No. 298015
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4481
  Fax:  (415) 703-5480
  E-mail:  John.Faulconer@doj.ca.gov
*Attorneys for Defendants*
*K. Wallace, J. Vina, J. Ellis, K. Hang, E. Speer, T.*
*Freitas, A. Bustamante and J. Canela*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL KAHAKU,**<br><br>                                          Plaintiff,<br><br>          v.<br><br>**K. WALLACE,  et al. ,**<br><br>                                          Defendants. | 2:20-cv-01807 KJN<br><br>**DEFENDANTS' REQUEST TO EXCUSE APPEARANCE AT SETTLEMENT CONFERENCE; ORDER**<br><br>Judge:          The Honorable Stanley A. Boone<br>Conference:  November 2, 2023<br>                     1:00 p.m.<br><br>Action Filed:  9/8/2020 |

**TO THE HONORABLE MAGISTRATE JUDGE STANLEY A. BOONE:**

The Court ordered a settlement conference for the above referenced case matter for

November 2, 2023.  Defendants K. Wallace, J. Vina, J. Ellis, K. Hang, E. Speer, T. Freitas, A.

Bustamante and J. Canela request this Court excuse their personal appearances at the upcoming

settlement conference.

Defendants will be represented by Deputy Attorney General John W. Faulconer at the

settlement conference.  (Declaration of John W. Faulconer (Faulconer Decl.), ¶ 1.)

1

Defs.' Request to Excuse from Settlement Conference   (2:20-cv-01807 KJN)

1   Defendants' representative will have full authority to settle as specified in the Court's Order
2   Setting Settlement Conference.  (Faulconer Decl., ¶ 2.)
3   Good cause exists to excuse the appearances of Defendants at the settlement conference.
4   Defendants, save Defendant Speer who is retired, work at Mule Creek State Prison.  (Faulconer
5   Decl., ¶ 3.)  Requiring Defendants to attend the settlement conference proceedings will divert
6   them from their daily responsibilities.  (*Id*.)  The daily duties of Defendants include the
7   maintenance of prison security, supervising inmates, and providing services to inmates.  (*Id*.)
8   Their absences may disrupt normal activity at the institution, and redirect staff, including staff
9   with other critical responsibilities.  (*Id*.)  Defendants further note that the conference is scheduled
10  to occur only three weeks after it was ordered.  (*Id*.)
11  Mr. Faulconer will have access to contact his supervisors in the event that he must request
12  additional authority. (Faulconer Decl., ¶ 4.)
13  Because settlement decisions and full monetary authority for the upcoming conference will
14  lie with the Defendants' counsel, it is respectfully requested that the Court excuse Defendants'
15  appearance on November 2, 2023.

17  Dated:  October 19, 2023          Respectfully submitted,

18                                    ROB BONTA
                                      Attorney General of California
19                                    PREETI K. BAJWA
                                      Supervising Deputy Attorney General

21                                    */s/ John W. Faulconer*
22                                    JOHN W. FAULCONER
                                      Deputy Attorney General
23                                    *Attorneys for Defendants*

2

1                                         **ORDER**

2        Having reviewed the foregoing request and determined good cause, Defendants K. Wallace,

3 J. Vina, J. Ellis, K. Hang, E. Speer, T. Freitas, A. Bustamante and J. Canela are excused from

4 personally appearing at the upcoming settlement conference on November 2, 2023.  Defendants

5 will be represented by their counsel from the California Attorney General's Office.

6

7 IT IS SO ORDERED.

8 Dated:  __**October 19, 2023**__                                                

9                                   UNITED STATES MAGISTRATE JUDGE