1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL KAHAKU,                         No.  2:20-cv-01807-WBS-KJN (PC)

12              Plaintiff,                   ORDER REQUIRING PARTIES TO FILE
                                             DISPOSITIONAL DOCUMENTS
13        v.

14   K. WALLACE, et al.,

15              Defendants.

16

17        On November 2, 2023, a settlement conference was held and the parties reached a

18   settlement agreement.

19        Accordingly, it is HEREBY ORDERED that:

20        1.      All pending deadlines are VACATED; and

21        2.      The parties shall file dispositional documents within thirty (30) days from the date

22                of service of this order.

23

24   IT IS SO ORDERED.

25   Dated:  __**November 2, 2023**__          _____

26                                             UNITED STATES MAGISTRATE JUDGE

27

28

                                              1